# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO REGALADO,<br><br>                      Plaintiff,<br><br>    v.<br><br>FCA US LLC, and DOES 1 through 10, inclusive,<br><br>                      Defendants. | Case No. 20-CV-00115-NONE-BAM<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE** |

Pursuant to the parties' stipulation (Doc. No. 9), and good cause appearing due to the interruption of Defendant FCA US LLC's business operations by the COVID-19 pandemic, the Initial Scheduling Conference currently set for May 19, 2020, is HEREBY CONTINUED to **August 25, 2020, at 09:00 AM in Courtroom 8 (BAM)** before the undersigned. A Joint Scheduling Report shall be filed one week prior to the conference. The parties are encouraged to appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139**.

IT IS SO ORDERED.

   Dated:   **April 13, 2020**                    /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE

1